# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHWESTERN DIVISION

| | |
|---|---|
| ASHLEY KHADIVI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-05059-CV-SW-WBG |
| ) | |
| KILOLO KIJAKAZI,[1] ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

\_\_\_ Jury Verdict. This action came before the Court for a trial by jury.

 X  Decision by Court. This action came to trial or hearing before the Court.

The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that, pursuant to the Order entered by the Honorable W. Brian Gaddy on September 9, 2022, the Acting Commissioner's decision is **REVERSED** and **REMANDED** for further proceedings.

Date: September 9, 2022

PAIGE WYMORE-WYNN
Clerk of Court

*/s/ Sara Borneman*
By: Sara Borneman, Courtroom Deputy Clerk

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi, who was appointed as the Acting Commissioner of the Social Security Administration, is automatically substituted as Defendant in this suit.